# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

CHAMBERS OF
GINA L. SIMMS
UNITED STATES MAGISTRATE JUDGE



U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0627

November 25, 2019

**VIA ELECTRONIC FILING AND POSTAL MAIL**

| | |
|---|---|
| Christine Nestor | Donald Lindo |
| Securities and Exchange Commission | 100 Brimley Road South, |
| 801 Brickell Ave. Ste. 1800 | Toronto, ON |
| Miami, FL 33133 | PRO SE |

Re: *Securities and Exchange Commission v. Donald Lindo*
Civil Action No.: 8:17-cv-01293-TDC

Dear Counsel and Mr. Lindo:

    A copy of the "Report and Recommendations" rendered in the above-captioned case is attached. Any objections you wish to make thereto must be made **in writing and within 14 days** pursuant to Federal Rule of Civil Procedure 72(b)(2) and Local Rule 301.5(b).

    After the time for filing written objections has expired, Judge Theodore D. Chuang will review the "Report and Recommendations" regardless of whether you have filed written objections to it. If you should fail to file written objections within the time set forth above (or within the time of any extension specifically granted by the Court) and Judge Chuang subsequently adopts the Report and Recommendations, you will have lost your right to appeal the findings and conclusions set forth therein to the United States Court of Appeals for the Fourth Circuit, except upon grounds of plain error.

Very truly yours,

/s/
Gina L. Simms
United States Magistrate Judge

Attachment